UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTINE CORDA,           :
                           :
        Plaintiff,         :
                           :   No. 3:12-cv-01500-JAM
v.                         :
                           :
SOUTHWEST CREDIT SYSTEMS, LP :
And DOES 1-10, inclusive,  :
L.P.,                      :   May 2, 2014
                           :
        Defendant.         :
                           :

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF

_____
Christine Corda
53 W. View St.
Waterbury, CT 06706
203-578-5823

THE DEFENDANT

By _____
Jonathan D. Elliot
Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel.  203-333-9441
Fax  203-222-1489
Email: jelliot@znclaw.com

Date: _____

So ordered:

_____
U.S.D.J.